1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY and UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>EDWIN GROMIS,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTER-CLAIM. | Case No.: 2:08-cv-02763-VAP-SS<br><br>Action Filed : 04/28/08<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER TO COMPLY WITH HIPAA, 45 C.F.R. § 164.512 (e)(1)**<br><br>**[Discovery Document:  Referred to Magistrate Judge Suzanne H. Segal]**<br><br>[Lodged concurrently with:<br>- Stipulated Protective Order.] |

# <u>ORDER</u>

Good cause having been shown within the parties' Stipulated Protective Order to Comply with HIPAA, 45 C.F.R. § 164.512 (e)(1) (the "Stipulation), the Court hereby orders that the handling of confidential documents or information in this case shall be governed by the terms of the Stipulation.

**IT IS SO ORDERED**.

DATED: 4/15/10           /S/ _____

HON. SUZANNE H. SEGAL
UNITED STATES DISTRICT COURT