*JS-6*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY and UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>EDWIN GROMIS,<br><br>Defendant.<br><br>AND RELATED COUNTER-CLAIM. | CASE NO.: CV 08-02763-VAP-(SS x)<br><br>Pre-Trial: 03/28/11<br>Jury Trial: 04/12/11<br>Action Filed: 04/28/08<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)]**<br><br>[Lodged concurrently with:<br>- Stipulation For Dismissal.] |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

# ORDER OF DISMISSAL

IT IS HEREBY ORDERED that, pursuant to stipulation of the parties, this action is hereby dismissed in its entirety with prejudice as set forth in Federal Rule of Civil Procedure 41(a)(1). Each party shall bear his or its own fees and costs.

**IT IS SO ORDERED**.

DATED:  _January 03, 2011_____      _____
                                                                                HON. VIRGINIA A. PHILLIPS
                                                                                UNITED STATES DISTRICT COURT